UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID ISSAQ SAID,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 15-1136-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that (1) the Commissioner's motion for summary judgment is granted; (2) Plaintiff's motion for summary judgment is denied; and (3) judgment be entered for the Commissioner.

DATED: September 28, 2016

                                          MICHAEL W. FITZGERALD
                                          United States District Judge