UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID ISSAQ SAID,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. CV 15-1136-MWF (AGR)<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 28, 2016

                                          MICHAEL W. FITZGERALD<br>
                                          United States District Judge